

# Fourth Court of Appeals
## San Antonio, Texas

Monday, February 23, 2015

No. 04-14-00553-CR

Frank **LARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1129
Honorable Ray Olivarri, Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to February 20, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court